IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10471
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOYCE MARIE PINSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:88-CR-239-G
--------------------

September 29, 1999

Before KING, Chief Judge, and EMILIO M. GARZA and STEWART,
Circuit Judges.

PER CURIAM:*

Joyce Marie Pinson, federal prisoner # 18539-077, appeals
the denial of her motion for post-conviction rehabilitation
relief. Given that Pinson's motion did not satisfy the
requirements of 18 U.S.C. § 3582(c)(2), 18 U.S.C. § 3742, or Fed.
R. Crim. P. 35, the district court was without authority to
entertain it. See United States v. Early, 27 F.3d 140, 142 (5th
Cir. 1994). This court AFFIRMS the denial of the motion based on
the district court's lack of jurisdiction. Id.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.